**Dismissed and Memorandum Opinion filed June 30, 2026**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00066-CV

---

**ANDREA RODRIGUEZ-SUAREZ, Appellant**

**V.**

**FRANCISCO BANDA GUERRERO, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Williamson County, Texas**
**Trial Court Cause No. 23-2510-FC3**

---

### MEMORANDUM  OPINION

This appeal is from a judgment signed January 14, 2026. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed this Court that appellant did not make arrangements to pay for the record.

On May 29, 2026, this Court notified appellant that the clerk's record was due in this Court on May 14, 2026, and that no clerk's record had been filed due to her failure to pay or make arrangements to pay the trial court clerk's fee for preparing the record. The notice requested that appellant file a response with

written documentation showing that she has paid, or made arrangements to pay, the clerk's fee or that she is entitled to proceed without payment of costs. In addition, in our notice, we directed appellant to comply with our request by June 8, 2026, and advised that her failure to comply could result in the dismissal of the appeal for want of prosecution. To date, appellant has not responded to the Court's notice, and the clerk's record has not been filed.

If a trial court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay the clerk's fee for the preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of cost. Tex. R. App. P. 37.3(b). In this case, appellant has not established that she is entitled to proceed without payment of trial court costs. *See* Tex. R. Civ. P. 145. Consequently, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel consists of Chief Justice Brister and Justices Field and Farris.